**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jose Alberto Cosme aka Jose A. Cosme<br>aka Jose Cosme | CHAPTER 13 |
| Debtor(s) | BKY. NO. 12-18057 SR |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-NC1 Mortgage Pass-Through Certificates, Series 2007-NC1 and index same on the master mailing list.

                                          Respectfully submitted,

                                          **/s/ Matteo S. Weiner, Esq.**
                                          Matteo S. Weiner, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322 FAX (215) 627-7734