United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-18057-sr
Jose Alberto Cosme                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: John                Page 1 of 2              Date Rcvd: Aug 18, 2017
                               Form ID: 138NEW           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.
```
db          +Jose Alberto Cosme,    327 Union Alley,    Pottstown, PA 19464-5528
cr          +America's Servicing Co.,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr          +DEUTSCHE BANK NATIONAL TRUST COMPANY,    P. O. Box 9013,    Addison, TX 75001-9013
cr          +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
              Dallas, TX 75254-7883
cr          +Deutsche Bank National Trust Company, as Trustee f,    14841 Dallas Parkway,
              Dallas, TX 75254-7685
cr          +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr          +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,
              Fort Mill, SC 29715-7203
13440829    +America's Servicing Company,    Attention: Bankruptcy Department,    MAC # D3347-014,
              3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
12842090    +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
12868079     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
12971540    +Deutsche Bank National Trust Company,    America's Servicing Company,
              Attention: Bankruptcy Department,    MAC #D3347-014,    3476 Stateview Boulevard,
              Fort Mill, SC 29715-7203
13941974    +Deutsche Bank National Trust Company,    for HSI Asset 2007-NCI Mortgage,
              c/o MATTEO SAMUEL WEINER,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13440830    +Deutsche Bank National Trust Company Et al.,    America's Servicing Company,
              Attention: Bankruptcy Department,    MAC # D3347-014,    3476 Stateview Boulevard,
              Fort Mill, SC 29715-7203
13648540    +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
              HIGHLANDS RANCH, COLORADO 80129-2386
12987972    +The Law Offices of Anthony A. Frigo,    1 West Main Street,    STE 230,
              Norristown, PA 19401-4766
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Aug 19 2017 01:42:58      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 19 2017 01:41:51
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 19 2017 01:42:19      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2017 at the address(es) listed below:
```
              ANDREW  SPIVACK    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               HSI ASSET SECURITIZATION CORP TRUST 2007-NC1 paeb@fedphe.com
              ANDREW  SPIVACK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee et.
               al. paeb@fedphe.com
              ANTHONY A. FRIGO    on behalf of Debtor Jose Alberto Cosme anthonyfrigo@msn.com
              D. TROY SELLARS    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               HSI ASSET SECURITIZATION CORP TRUST 2007-NC1 D.Troy.Sellars@usdoj.gov
              FREDERICK L. REIGLE     ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
```

```
District/off: 0313-2          User: John               Page 2 of 2              Date Rcvd: Aug 18, 2017
                              Form ID: 138NEW          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        JEROME B. BLANK    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORP TRUST 2007-NC1 paeb@fedphe.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-NCI Mortgage Pass-Through Certificates, Series 2007-NCI bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-NCI Mortgage Pass-Through Certificates, Series 2007-NCI tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jose Alberto Cosme
      Debtor(s)

Bankruptcy No: 12−18057−sr
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 8/18/17

89 − 88
Form 138_new