# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jose Alberto Cosme aka Jose A. Cosme, aka Jose Cosme<br>Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-NCI Mortgage Pass-Through Certificates, Series 2007-NCI<br>Movant<br>vs. | NO. 12-18057 SR |
| Jose Alberto Cosme aka Jose A. Cosme, aka Jose Cosme<br>Debtor(s) | 11 U.S.C. Sections 362 |
| Frederick L. Reigle Esq.<br>Trustee | |

## ORDER

AND NOW, this 23rd day of Aug., 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 328 Beech St, Pottstown, PA 19464 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge.

Jose Alberto Cosme aka Jose A. Cosme, aka Jose Cosme
327 Union Alley
Pottstown, PA 19464

Anthony A. Frigo Esq.
175 Strafford Avenue, Suite One
Wayne, PA 19087

Polly A. Langdon
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532