United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-18057-sr
Jose Alberto Cosme                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John               Page 1 of 2           Date Rcvd: Aug 24, 2017
                            Form ID: pdf900         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
```
db          +Jose Alberto Cosme,    327 Union Alley,    Pottstown, PA 19464-5528
cr          +America's Servicing Co.,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr          +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
              Dallas, TX 75254-7883
cr          +DEUTSCHE BANK NATIONAL TRUST COMPANY,    P. O. Box 9013,    Addison, TX 75001-9013
cr          +Deutsche Bank National Trust Company, as Trustee f,     14841 Dallas Parkway,
              Dallas, TX 75254-7685
cr          +Specialized Loan Servicing LLC,     8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr          +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,     MAC X7801-014,    3476 Stateview Blvd.,
              Fort Mill, SC 29715-7203
12971540    +Deutsche Bank National Trust Company,    America's Servicing Company,
              Attention: Bankruptcy Department,    MAC #D3347-014,    3476 Stateview Boulevard,
              Fort Mill, SC 29715-7203
13941974    +Deutsche Bank National Trust Company,    for HSI Asset 2007-NCI Mortgage,
              c/o MATTEO SAMUEL WEINER,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13440830    +Deutsche Bank National Trust Company Et al.,     America's Servicing Company,
              Attention: Bankruptcy Department,    MAC # D3347-014,    3476 Stateview Boulevard,
              Fort Mill, SC 29715-7203
13648540    +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
              HIGHLANDS RANCH, COLORADO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Aug 25 2017 01:18:05      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2017 01:17:40
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2017 01:17:56      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               HSI ASSET SECURITIZATION CORP TRUST 2007-NC1 paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee et.
               al. paeb@fedphe.com
              ANTHONY A. FRIGO    on behalf of Debtor Jose Alberto Cosme anthonyfrigo@msn.com
              D. TROY SELLARS    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               HSI ASSET SECURITIZATION CORP TRUST 2007-NC1 D.Troy.Sellars@usdoj.gov
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               HSI ASSET SECURITIZATION CORP TRUST 2007-NC1 paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for HSI Asset Securitization Corporation Trust 2007-NCI Mortgage Pass-Through Certificates,
               Series 2007-NCI bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
```

```
District/off: 0313-2          User: John                Page 2 of 2              Date Rcvd: Aug 24, 2017
                              Form ID: pdf900           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-NCI Mortgage Pass-Through Certificates, Series 2007-NCI tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                      TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jose Alberto Cosme aka Jose A. Cosme, aka Jose Cosme<br>            Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-NCI Mortgage Pass-Through Certificates, Series 2007-NCI<br>            Movant<br>vs. | NO. 12-18057 SR |
| Jose Alberto Cosme aka Jose A. Cosme, aka Jose Cosme<br>            Debtor(s) | 11 U.S.C. Sections 362 |
| Frederick L. Reigle Esq.<br>            Trustee | |

## ORDER

AND NOW, this 23RD day of AUG, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 328 Beech St, Pottstown, PA 19464 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge.

Jose Alberto Cosme aka Jose A. Cosme, aka Jose Cosme
327 Union Alley
Pottstown, PA 19464

Anthony A. Frigo Esq.
175 Strafford Avenue, Suite One
Wayne, PA 19087

Polly A. Langdon
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532