United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jose Alberto Cosme  
    Debtor

Case No. 12-18057-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Nov 27, 2017  
    Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2017.  
db    +Jose Alberto Cosme,   327 Union Alley,   Pottstown, PA 19464-5528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2017 at the address(es) listed below:

    ANDREW SPIVACK   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee et. al. paeb@fedphe.com  
    ANDREW SPIVACK   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORP TRUST 2007-NC1 paeb@fedphe.com  
    ANTHONY A. FRIGO   on behalf of Debtor Jose Alberto Cosme anthonyfrigo@msn.com  
    D. TROY SELLARS   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORP TRUST 2007-NC1 D.Troy.Sellars@usdoj.gov  
    FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
    JEROME B. BLANK   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORP TRUST 2007-NC1 paeb@fedphe.com  
    MATTEO SAMUEL WEINER   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-NCI Mortgage Pass-Through Certificates, Series 2007-NCI bkgroup@kmllawgroup.com  
    POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
    THOMAS I. PULEO   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-NCI Mortgage Pass-Through Certificates, Series 2007-NCI tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

    TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Jose Alberto Cosme : Case No. 12–18057–jkf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , November 27, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Jean K. FitzSimon
    Judge , United States Bankruptcy Court

101
Form 195