# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | | | |
|---|---|---|---|
| **Name of debtor:** | Jose Alberto Cosme aka Jose A. Cosme aka Jose Cosme | **Case Number:** | 12-18057-SR |
| | | **Chapter 13** | |
| **Trustee:** | Frederick L. Reigle | **Judge:** | Stephen Raslavich |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 06/23/2017

**Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.**

| | | | |
|---|---|---|---|
| **Name of creditor:** | Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-NC1 Mortgage Pass-Through Certificates, Series 2007-NC1  As Serviced by Specialized Loan Servicing LLC | **Last four digits** of any number you use to identify the debtor's account: | xxxxxx4780 |

## Statement in Response as of: 07/13/2017

### 1.    Pre-Petition Arrears - Court claim no. (if known): 2-3  (Docket Entry #82)

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the Trustee's cure notice.

If Creditor disagrees:
      Amount of pre-petition arrears due at filing:      _____
      Amount received from the Chapter 13 Trustee      _____

      Pre-Petition arrears remaining due:      _____

### 2.    Post-Petition Amounts

Creditor ☐ agrees ☒ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of this Response.

If Creditor disagrees:
      Post-petition amounts remaining due:      $6,973.56

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of this Response. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of this Response, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

## Schedule of Amounts Outstanding

**This section itemizes the required cure of post-petition amounts, if any, that the holder contends remain unpaid as of the date of this statement but may not, due to timing, reflect all payments sent to Creditor as of the date of this Response. In addition, the amounts due may include payments reflected in the Trustee's records but which have not yet been received and/or processed by the Creditor.**

| Description | | Date Assessed | Assessed Amount | Amount Recovered | Amount Outstanding |
|---|---|---|---|---|---|
| Payments | | 12/01/2016 | $913.19 | $331.98 | $581.21 |
| Payments | | 01/01/2017 | $913.19 | $0.00 | $913.19 |
| Payments | | 02/01/2017 | $913.19 | $0.00 | $913.19 |
| Payments | | 03/01/2017 | $913.19 | $0.00 | $913.19 |
| Payments | | 04/01/2017 | $913.19 | $0.00 | $913.19 |
| Payments | | 05/01/2017 | $913.19 | $0.00 | $913.19 |
| Payments | | 06/01/2017 | $913.20 | $0.00 | $913.20 |
| Payments | | 07/01/2017 | $913.20 | $0.00 | $913.20 |

**Amount Remaining Due:** **$6,973.56**

## 3.   Sign Here

Print Name:   **Carlos Hernandez-Vivoni**

Title:   Authorized Agent for Specialized Loan Servicing LLC

Company:   Buckley Madole, P.C.

/s/ **Carlos Hernandez-Vivoni**
Signature

Address and telephone number:

07/14/2017
Date

P. O. Box 9013
Addison, TX 75001

Telephone:   ((972) 643-6600      Email:      POCInquiries@buckleymadole.com

### CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before July 14, 2017 via electronic notice unless otherwise stated:

**Debtor**   *Via U.S. Mail*
Jose Alberto Cosme
327 Union Alley
Pottstown, PA 19464-5528

**Debtors' Attorney**
Anthony A. Frigo
The Law Offices Of Anthony A. Frigo
175 Strafford Ave Suite One
Wayne, PA  19087

**Chapter 13 Trustee**
Frederick L. Reigle
2901 St. Lawrence Ave., P.O. Box 4010
Reading, Pennsylvania 19606

Respectfully Submitted,

/s/  **Carlos Hernandez-Vivoni**